WABANINGO BOY SCOUT CAMP *v.* MICHIGAN TAX COMMISSION.

No. 231.   Decided October 14, 1963.*

*Amos M. Mathews* and *Alban Weber* for appellant in each case.

*Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *T. Carl Holbrook* and *William D. Dexter,* Assistant Attorneys General, for appellee in both cases.

PER CURIAM.

The motion to dismiss is granted and the appeals are dismissed for want of a substantial federal question.

---

*Together with No. 232, *Evanston Y. M. C. A. Camp* v. *Michigan Tax Commission,* also on appeal from the same Court.